UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BILLY BURKE, | )<br>) |
| Plaintiff, | )  3:10-cv-00582-LRH-WGC<br>) |
| v. | )<br>)  O R D E R |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#12[1]) entered on February 6, 2012, recommending denying Plaintiff's Motion for Reversal of the Commissioner's Decision (#8) filed on March 12, 2011, and granting Defendant's Cross Motion for Summary Judgment (#10) filed on April 8, 2011. Plaintiff filed his Objections to Report and Recommendation of United States Magistrate Judge (#13) on February 22, 2012, and then filed his Amended Objections (#14) on March 12, 2012. Defendant filed a Response to Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge (#17) on March 26, 2012. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of

---

[1] Refers to court's docket number.

the Plaintiff, the response of the Defendant, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#12) entered on February 6, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#12) entered on February 6, 2012, is adopted and accepted, and Plaintiff's Motion for Reversal of the Commissioner's Decision (#8) is **DENIED**.

IT IS FURTHER ORDERED that Defendant's Cross Motion for Summary Judgment (#10) is **GRANTED**.

IT IS FURTHER ORDERED that the Administrative Law Judge's decision is **AFFIRMED**.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE